David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Marenete Mathers

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Marenete Mathers,<br><br>            Plaintiff,<br>v.<br><br>CLICKSPARK, LLC D/B/A<br>CLICKSPARK.COM D/B/A<br>DEGREEMATCH.COM,<br><br>            Defendant. | Case No. 2:16-cv-01579-APG-NJK-<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLICKSPARK, LLC D/B/A CLICKSPARK.COM D/B/A DEGREEMATCH.COM** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant CLICKSPARK, LLC D/B/A CLICKSPARK.COM D/B/A DEGREEMATCH.COM ("DegreeMatch")**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant DegreeMatch, **and only as to Defendant DegreeMatch** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant DegreeMatch**.

Dated:      November 3, 2016

            Respectfully submitted,

            By: /s/David H. Krieger, Esq.
               David H. Krieger, Esq. (Nevada Bar No. 9086)
               HAINES & KRIEGER, LLC
               8985 S. Eastern Avenue, Suite 350
               Henderson, Nevada 89123
               *Attorney for Plaintiff*